NUMBER
13-11-00014-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

JOSE LUIS GARCIA,                                                                    Appellant,

 

                                                             v.

 

GILLMAN AUTOMOTIVE
F/K/A KELLOGG 

CHEVROLET OF HARLINGEN,                                                    Appellee.


 ____________________________________________________________

 

                     On
appeal from the County Court at Law No. 2

                                      of
Cameron County, Texas.

____________________________________________________________

 

                            MEMORANDUM OPINION

 

 Before Chief
Justice Valdez and Justices Rodriguez and Benavides

Memorandum Opinion
Per Curiam

 








The
appellant's brief in the above cause was due on March 9, 2011.  On May 4, 2011,
the Clerk of the Court notified appellant that the brief had not been timely
filed and that the appeal was subject to dismissal for want of prosecution
under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from
the date of receipt of this letter, appellant reasonably explained the failure
and the appellee was not significantly injured by the appellant's failure to
timely file a brief.  To date, no response has been received from appellant.  

Appellant
has failed to either reasonably explain his failure to file a brief, file a
motion for extension of time to file his brief, or file his brief. 
Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.  See Tex. R. App. P. 38.8(a), 42.3(b). 

PER CURIAM

 

Delivered and filed the

21st day of July, 2011.